# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: 1:23-CR-101 |
| Plaintiff, | **JUDGE HOPKINS** |
| vs. | |
| WILLIAM SCOTT ELAM | <u>**SENTENCING MEMORANDUM**</u> |
| Defendant. | |

Now comes the Defendant, **WILLIAM SCOTT ELAM,** through his attorney, **BRANDON MOERMOND,** and hereby respectfully submits the following sentencing memorandum behalf of Mr. Elam.

A Memorandum in Support is attached.

Respectfully submitted,

/S/ Brandon A. Moermond

**BRANDON A. MOERMOND of
MOERMOND & MULLIGAN
Supreme Ct. #0092397**
615 Main Street, 3rd Floor
Cincinnati, Ohio 45202
(513) 421-9790
(513) 421-0206 fax
bmoermond@mmdefense.law

## **MEMORANDUM IN SUPPORT**

**MAY IT PLEASE THE COURT:**

On July 14, 2025, Mr. Elam pled guilty as charged in the Information, Counts 1 and 3 through 11, Coercion and Enticement, a violation of 18 U.S.C. § 2422(b) and 2427, with count 7 being an attempted offense and 1 count of Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a) and (e). The statutory penalty for such offense is at least ten (10) years up to life; at least five (5) years supervised release; a fine not to exceed $250,000; forfeiture; mandatory restitution; and a $100 special assessment per each felony.

Mr. Elam's total offense level is 43. Based upon that level with a criminal history category of I, Mr. Elam would face a prison sentence of life.

Mr. Elam's plea was made pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure for a term of imprisonment of three hundred twelve (312) months, followed by a lifetime of supervised release, subject to all mandatory conditions the Court must impose and all discretionary conditions such as a fine and a $100 mandatory special assessment.

Mr. Elam is a 54 year old married man with one daughter. He is close with his daughter, but since his arrest, he and his wife are estranged. Mr. Elam grew up in a typical household with his mother, father and siblings. His mother stayed home with the children and his father supported their family. His mother dealt with mental health issues and had a history of attempted suicide and self-harming.

Mr. Elam has pled guilty. He came forward with his intention to do so. He has admitted to the offense and taken full responsibility for his actions. He has cooperated fully. He has many ties to the community and the support of his friends and family.

Mr. Elam realizes that his acts were harmful and has taken full responsibility for them. Mr. Elam would be better served by a sentence of three hundred twelve (312) months, followed by a lifetime of supervised release as laid out in his plea.

For the foregoing reasons, Mr. Elam respectfully requests that this Court exercise its discretion to accept his plea and sentence him to three hundred twelve (312) months, followed by a lifetime of supervised release.

Respectfully submitted,

/S/ Brandon A. Moermond

**BRANDON A. MOERMOND of**
**MOERMOND & MULLIGAN**
**Supreme Ct. #0092397**
615 Main Street, 3rd Floor
Cincinnati, Ohio 45202
(513) 421-9790
(513) 421-0206 fax
bmoermond@mmdefense.law

## Certificate of Service

I hereby certify that a copy of the foregoing was delivered to the U.S. Attorney's office on the same day as filing via electronic filing.

/S/ Brandon A. Moermond

**BRANDON A. MOERMOND**
Attorney for Defendant